UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARRY WILLIAM O'NEAL,

    Petitioner,

v.

MIKE KENNEY,

    Respondent.

Case No. C08-5490BHS

ORDER ON PETITIONER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

This matter comes before the court on review of the August 12, 2008, Report and Recommendation of Magistrate Judge J. Kelley Arnold, who recommended that Petitioner's application to proceed *in forma pauperis* be denied because Petitioner appeared to have the funds to pay the $5.00 filing fee. Dkt. 3. The court has reviewed the Report and Recommendation and the remainder of the file herein.

On August 26, 2008, after the Report and Recommendation had been issued, Petitioner paid the filing fee (Receipt # T4339). Therefore, the Report and Recommendation is moot, and Petitioner's application to proceed *in forma pauperis* is **DENIED**. Petitioner's habeas corpus action shall proceed, and this case, including all pending motions, is **RE-REFERRED** to United States Magistrate Judge J. Kelley Arnold in accordance with the original order of reference.

DATED this 15th day of September, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER