UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARRY WILLIAM O'NEAL,

        Petitioner,

   v.

MIKE KENNEY,

        Respondent.

Case No. C08-5490BHS/JKA

REPORT AND RECOMMENDATION

**NOTED FOR:**
**October 31, 2008**

This habeas corpus action, filed pursuant to 28 U. S.C. 2254, has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4. After review of the petition, the court entered an Order to Show Cause why the petition should not be dismissed with prejudice as time barred (Dkt # 5). In response petitioner has filed a motion to voluntarily dismiss the petition without prejudice (Dkt # 7).

Fed. R. Civ. P. 41 allows a plaintiff or petitioner to voluntarily dismiss an action prior to the filing of an answer. Here, the petition has not been served and petitioner may dismiss this action without leave of court. Accordingly, the motion to dismiss the action without prejudice should be

REPORT AND RECOMMENDATION
Page - 1

**GRANTED**.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **October 31, 2008**, as noted in the caption.

DATED this 9 day of October, 2008.

                          */S/ J. Kelley Arnold*
                          J. Kelley Arnold
                          United States Magistrate Judge