UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARRY WILLIAM O'NEAL,<br><br>Petitioner,<br><br>v.<br><br>MIKE KENNEY,<br><br>Respondent. | No. C08-5490BHS<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable J. Kelley Arnold, United States Magistrate Judge (Dkt. 8). The Court having considered the Report and Recommendation, Petitioner's voluntary dismissal (Dkt. 7), and the remaining record, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) This action is **DISMISSED WITHOUT PREJUDICE.**

DATED this 3rd day of November, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER