# United States District Court

## WESTERN DISTRICT OF WASHINGTON

HARRY WILLIAM O'NEAL

      v.

MIKE KENNEY

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5490BHS

_____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__XX__ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED WITHOUT PREJUDICE**.

___November 4, 2008___
Date

___BRUCE RIFKIN___
Clerk

___*s/CM Gonzalez*___
Deputy Clerk